# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JESUS ALBERTO FONSECA BONILLA

VERSUS

BROOKLYN N. ECCLES

NO. 2024 CW 0966

NOVEMBER 19, 2024

---

In Re:    Brooklyn N. Eccles, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 225473.

---

BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam), are not met.

**JEW**
**WIL**

McClendon, J., concurs in part and dissents in part. The district court granted this motion in part when the court ordered Brooklyn Eccles to respond only to numbers four and five of the requests. Pursuant to La. Code Civ. P. art. 1469(4) when a motion is granted in part and denied in part, the court may apportion the reasonable expenses incurred in relation to the motion among the parties and persons in a just manner. I find the district court should have considered that it partially granted the motion to compel when it awarded Jesus Alberto Fonseca Bonilla attorney's fees and costs in the amount of $2,949.29. Therefore, I would vacate that portion of the judgment and remand this matter to the district court to consider the award of reasonable expenses in accordance with La. Code Civ. P. art. 1469(4). In all other respects, I concur with denial of the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT